# Exhibit 2

Method Claim: 17

| US7734251B1 | Agora Video Calling ("The accused instrumentality") |
|---|---|
| 17. A method for receiving and processing remotely originated and user specific data for use with a video apparatus, said video apparatus having an audio receiver and a video output device for displaying a video presentation comprising a locally generated image and an image received from a remote video source, said method comprising the steps of: | The accused instrumentality discloses a method for receiving and processing remotely originated data (e.g., participant information such as participant's video, name, etc.) and user specific data (e.g., host information such as host's video, name, etc.) for use with a video apparatus (e.g., host device with the accused instrumentality), said video apparatus (e.g., host device with the accused instrumentality) having an audio receiver (e.g., the audio receiving module of the accused instrumentality executing on the host device that receives remote audio streams from other participants) and a video output device (e.g., display of the host device) for displaying a video presentation (e.g., a video call) comprising a locally generated image (e.g., a video presentation layout including combined video feeds of the host and participants) and an image received from a remote video source (e.g., a shared screen received by the host during the meeting).<br><br>As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. It allows the host to create an instant meeting and share the meeting link with participants. When a participant joins the meeting using the link, the accused instrumentality processes participant information such as name, video, etc., and receives the participant's media streams including video and audio. The client device running the accused instrumentality receives the remote audio streams through the Agora Video Calling SDK's audio receiving module and outputs them through the device's audio playback hardware (e.g., speaker, earpiece, or connected headphones).<br><br>Once the participant joins the meeting, the accused instrumentality displays video feeds of the host and participants on the host device. Also, when a participant shares their screen during the meeting, the accused instrumentality receives and displays this shared screen alongside the video feeds of the host and participants simultaneously on the host device. |



https://www.agora.io/en/products/video-call/

https://www.agora.io/en/products/video-call/

Agora relies on the following fundamental concepts to enable seamless real-time communication:

## Audio module

In audio interaction, the main functions of the audio module are as shown in the figure below:



https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

## Adjust the playback volume

**Playback** is the process of playing the received audio signal on the local playback device. To adjust the playback volume, you can **set the volume of the audio signal**.



https://docs.agora.io/en/3.x/video-calling/basic-features/adjust-volume?platform=android



https://www.agora.io/en/products/video-call/

**User ID**

In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass `0` or `null` and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.

The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.

https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android



https://www.agora.io/en/products/video-call/



https://www.agora.io/en/products/video-call/

# Screen sharing

During Video Calling sessions, hosts use the screen sharing feature in the Agora Video SDK to share their screen content with other users or viewers in the form of a video stream. Screen sharing is typically used in the following use-cases:

| Use-case | Description |
| --- | --- |
| Online education | Teachers share their slides, software, or other teaching materials with students for classroom demonstrations. |
| Game live broadcast | Hosts share their game footage with the audience. |
| Interactive live broadcast | Anchors share their screens and interact with the audience. |
| Video conferencing | Meeting participants share the screen to show a presentation or documents. |
| Remote control | A controlled terminal displays its desktop on the master terminal. |

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android

## Understand the tech

The screen sharing feature provides the following screen sharing modes for use in various use-cases:

▶ Screen sharing use-cases

- **Share the entire screen**: Share your entire screen, including all the information on the screen. This feature supports collecting and sharing information from two screens at the same time.
- **Share an app window**: If you don't want to share the entire screen with other users, you can share only the area within an app window.
- **Share a designated screen area**: If you only want to share a portion of the screen or app window, you can set a sharing area when starting screen sharing.

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android



https://docs.agora.io/en/assets/images/screen-sharing-functionality-eab5bf09ae5fdd740e810bd0115990b6.png

## Data transfer

The following diagram shows how data is transferred during screen sharing on Android:



https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

You need to create separate processes for screen sharing and video captured by the local camera. Both processes use the following methods to send video data to the SDK:

- Local-camera process: Implemented with `joinChannel`. This process is often the main process and communicates with the screen sharing process via AIDL (Android Interface Definition Language). See **Android documentation** to learn more about AIDL.
- Screen sharing process: Implemented with `MediaProjection`, `VirtualDisplay`, and custom video capture. The screen sharing process creates an `RtcEngine` object and uses the object to create and join a channel for screen sharing.

https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

### Display the local video

Call `setupLocalVideo` to initialize the local view and set the local video display properties.

Java    Kotlin

```java
private void setupLocalVideo() {
    FrameLayout container = findViewById(R.id.local_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    container.addView(surfaceView);
    mRtcEngine?.setupLocalVideo(VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, 0))
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video

| | |
|---|---|
| | **Display remote video**<br><br>When a remote user joins the channel, call `setupRemoteVideo` and pass in the remote user's `uid`, obtained from the `onUserJoined` callback, to display the remote video.<br><br>Java  Kotlin<br><br>```java<br>private void setupRemoteVideo(int uid) {<br>    FrameLayout container = findViewById(R.id.remote_video_view_container);<br>    SurfaceView surfaceView = new SurfaceView(getBaseContext());<br>    surfaceView.setZOrderMediaOverlay(true);<br>    container.addView(surfaceView);<br>    mRtcEngine.setupRemoteVideo(new VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, uid<br>}<br>```<br><br>https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video |
| receiving said user specific data at said video apparatus, said user specific data being specific to a user of said video apparatus; | The accused instrumentality discloses receiving said user specific data (e.g., host information such as host's video, name, etc.) at said video apparatus (e.g., host device with the accused instrumentality), said user specific data (e.g., host information such as host's video, name, etc.) being specific to a user (e.g., a host) of said video apparatus (e.g., host device with the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. The user provides information such as their name, email, etc. to host the meeting. When a user joins a meeting, the accused instrumentality assigns a user ID (UID) |

that uniquely identifies the user within the meeting channel. Further, the accused instrumentality displays these details to other participants as they join the meeting.

**User ID**

In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass `0` or `null` and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.

The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.

https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

## Display the local video

Call `setupLocalVideo` to initialize the local view and set the local video display properties.

Java    Kotlin

```java
private void setupLocalVideo() {
    FrameLayout container = findViewById(R.id.local_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    container.addView(surfaceView);
    mRtcEngine?.setupLocalVideo(VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, 0))
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video



https://www.agora.io/en/



https://www.agora.io/en/products/video-call/

| contacting a remote data source after said step of receiving said user specific data;

receiving from said | The accused instrumentality discloses contacting (e.g., sharing the meeting link, etc.) a remote data source (e.g., server of the accused instrumentality) after said step of receiving said user specific data (e.g., host information such as host's video, name, etc.) and receiving from said remote data source (e.g., server of the accused instrumentality) based on said step of contacting (e.g., sharing the meeting link, etc.) said remotely originated data (e.g., participant information such as participant's video, name , etc.) to serve as a basis for displaying said video presentation (e.g., a video call). |

| | |
|---|---|
| remote data source based on said step of contacting said remotely originated data to serve as a basis for displaying said video presentation; | As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. It allows the host to create an instant meeting and share the meeting link with participants. When a participant wants to join the meeting using the link, the accused instrumentality processes the participant's information such as name, video, etc. to allow the participant to join the meeting. Once the participant joins the meeting, the accused instrumentality displays video feeds of the host and participants on the host device.<br><br>**User ID**<br><br>In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass `0` or `null` and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.<br><br>The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.<br><br>https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android |



https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video



https://www.agora.io/en/



https://www.agora.io/en/products/video-call/

As shown below, the accused instrumentality integrates with the Web UIKit to generate unique meeting links that can be shared with participants. The host shares this unique link to allow others to join the same video call. Once a participant joins the meeting using the link, the accused instrumentality presents the video feeds of both the host and the participants on the host's device.



https://www.agora.io/en/blog/create-meeting-urls-for-an-agora-video-call-with-the-web-uikit/

The easiest way to join a video call on your website is by sharing a unique link. In this tutorial, we'll see how to access query parameters from a URL and use them with the Web UIKit. We'll also look at how to generate unique links for your video calls or livestreams.

https://www.agora.io/en/blog/create-meeting-urls-for-an-agora-video-call-with-the-web-uikit/

When making an application such as one for video calls, you may want to share links to let your users' friends jump into the same video call or livestream that they're watching. The second-best way to achieve this is by sharing a room code for people to type into their version of the app. But a much better option is to share a link that opens the app right to the place you want. That is where we can use universal links.

https://www.agora.io/en/blog/adding-meeting-urls-to-your-agora-live-video-call-using-the-flutteruikit/

1. **Media Service:** We will create a separate service for handling local media stream-related data. This includes managing the camera video stream, microphone audio stream, and screen share video stream.

2. **Meeting Service:** A singleton meeting service object will be used to maintain the meeting data. This service will subscribe to the `meeting-participants` pub-sub channel and implement callback methods to handle any events on the channel.

https://levelup.gitconnected.com/from-design-to-demo-building-a-full-stack-video-conferencing-platform-like-zoom-microsoft-teams-761ec676d237



https://www.agora.io/en/products/video-call/

| executing processor instructions to process said remotely originated data and said user specific data at said video apparatus in | The accused instrumentality discloses executing processor instructions to process said remotely originated data (e.g., participant information such as participant's video, name, etc.) and said user specific data (e.g., host information such as host's video, name, etc.) at said video apparatus (e.g., host device with the accused instrumentality) in order to generate said locally generated image (e.g., a video presentation layout including combined video feeds of the host and participants), said locally generated image (e.g., a video presentation layout including combined video feeds of the host and participants) including at least some |

| | |
|---|---|
| order to generate said locally generated image, said locally generated image including at least some information content that does not include any information from said remote video source and said remote data source; | information content (e.g., information such as the names of the host and participants, etc.) that does not include any information from said remote video source (e.g., information from the shared screen received by the host during the meeting) and said remote data source (e.g., server of the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. The user provides information such as their name, email, etc. to host a meeting. When a user joins the meeting, the accused instrumentality assigns a user ID (UID) that uniquely identifies the user within the meeting channel. Further, the accused instrumentality allows the host to create an instant meeting and share the meeting link with the participants. When a participant wants to join the meeting using the link, it processes the participant's information such as name, video, etc. to allow the participant to join the meeting.<br><br>Once the participant joins the meeting, the accused instrumentality processes the host and participant information and renders a video presentation layout displaying the video feeds of the host and participants together with locally generated interface elements (e.g., participant name labels or other interface overlays) on the host device. |

**User ID**

In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass `0` or `null` and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.

The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.

https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android



https://www.agora.io/en/

1. **Media Service:** We will create a separate service for handling local media stream-related data. This includes managing the camera video stream, microphone audio stream, and screen share video stream.

2. **Meeting Service:** A singleton meeting service object will be used to maintain the meeting data. This service will subscribe to the `meeting-participants` pub-sub channel and implement callback methods to handle any events on the channel.

https://levelup.gitconnected.com/from-design-to-demo-building-a-full-stack-video-conferencing-platform-like-zoom-microsoft-teams-761ec676d237

As shown below, the accused instrumentality processes information such as the names, video feed, etc. of the host and participants and displays it on the host device.



https://www.agora.io/en/products/video-call/

As shown below, the accused instrumentality displays video feeds of the host and

participants (e.g., locally generated image) on the host device.



https://www.agora.io/en/products/video-call/

## Display the local video

Call `setupLocalVideo` to initialize the local view and set the local video display properties.

Java  Kotlin

```java
private void setupLocalVideo() {
    FrameLayout container = findViewById(R.id.local_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    container.addView(surfaceView);
    mRtcEngine?.setupLocalVideo(VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, 0))
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video

**Display remote video**

When a remote user joins the channel, call `setupRemoteVideo` and pass in the remote user's `uid`, obtained from the `onUserJoined` callback, to display the remote video.

Java   Kotlin

```java
private void setupRemoteVideo(int uid) {
    FrameLayout container = findViewById(R.id.remote_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    surfaceView.setZOrderMediaOverlay(true);
    container.addView(surfaceView);
    mRtcEngine.setupRemoteVideo(new VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, uid
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?
platform=android#display-the-local-video

| receiving, at said audio receiver, audio which describes information displayed in said video presentation; | The accused instrumentality discloses receiving, at said audio receiver (e.g., the audio receiving module of the accused instrumentality executing on the host device that receives remote audio streams from other participants), audio (e.g., audio transmitted by participants during the meeting) which describes information displayed in said video presentation (e.g., a video call in which participants share screen content). As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. During the meeting, participants publish audio and video streams to the meeting channel. Other participants subscribe to these streams and receive the |

corresponding media streams on their client devices. The client device running the accused instrumentality receives the remote audio streams through the Agora Video Calling SDK's audio receiving module and outputs them through the device's audio playback hardware (e.g., speaker, earpiece, or connected headphones).

## Publish

Publishing is the act of sending a user's audio or video data to the channel. Usually, the published stream is created by the audio data sampled from a microphone or the video data captured by a camera. You can also publish media streams from other sources, such as an online music file or the user's screen.

After successfully publishing a stream, the SDK uses it to send media data to other users in the channel. Users communicate with each other in real-time by publishing local streams and subscribing to remote streams.

## Subscribe

Subscribing is the act of receiving media streams published by remote users to the channel. A user receives audio and video data from other users by subscribing to one or more of their streams. You either directly play the subscribed streams or process incoming data for other purposes such as recording or capturing screenshots.

## User ID

In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass `0` or `null` and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.

The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.

https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

Agora relies on the following fundamental concepts to enable seamless real-time communication:

## Audio module

In audio interaction, the main functions of the audio module are as shown in the figure below:



https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

## Adjust the playback volume

**Playback** is the process of playing the received audio signal on the local playback device. To adjust the playback volume, you can **set the volume of the audio signal**.



https://docs.agora.io/en/3.x/video-calling/basic-features/adjust-volume?platform=android

As further shown below, the accused instrumentality supports features such as screen sharing where a participant shares visual content (e.g., slides, application windows, or other screen content) while simultaneously speaking about the content being displayed on the shared screen (e.g., a teacher explaining displayed slides, a presenter walking through a shared deck etc.). In such scenarios, the accused instrumentality receives the participant's voice audio accompanying and describing the information displayed in said video presentation.

Accordingly, the accused instrumentality receives audio (e.g., participant voice audio) at said audio receiver (e.g., audio receiving module of the accused instrumentality executing on the host device) while displaying said video presentation (e.g., video call interface including participant's shared screen content).



https://www.agora.io/en/products/video-call/

## Screen sharing

During Video Calling sessions, hosts use the screen sharing feature in the Agora Video SDK to share their screen content with other users or viewers in the form of a video stream. Screen sharing is typically used in the following use-cases:

| Use-case | Description |
| --- | --- |
| Online education | Teachers share their slides, software, or other teaching materials with students for classroom demonstrations. |
| Game live broadcast | Hosts share their game footage with the audience. |
| Interactive live broadcast | Anchors share their screens and interact with the audience. |
| Video conferencing | Meeting participants share the screen to show a presentation or documents. |
| Remote control | A controlled terminal displays its desktop on the master terminal. |

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android

## Understand the tech

The screen sharing feature provides the following screen sharing modes for use in various use-cases:

▶ Screen sharing use-cases

- **Share the entire screen**: Share your entire screen, including all the information on the screen. This feature supports collecting and sharing information from two screens at the same time.
- **Share an app window**: If you don't want to share the entire screen with other users, you can share only the area within an app window.
- **Share a designated screen area**: If you only want to share a portion of the screen or app window, you can set a sharing area when starting screen sharing.

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android



https://docs.agora.io/en/assets/images/screen-sharing-functionality-eab5bf09ae5fdd740e810bd0115990b6.png

## Data transfer

The following diagram shows how data is transferred during screen sharing on Android:



https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

You need to create separate processes for screen sharing and video captured by the local camera. Both processes use the following methods to send video data to the SDK:

- Local-camera process: Implemented with `joinChannel`. This process is often the main process and communicates with the screen sharing process via AIDL (Android Interface Definition Language). See **Android documentation** to learn more about AIDL.

- Screen sharing process: Implemented with `MediaProjection`, `VirtualDisplay`, and custom video capture. The screen sharing process creates an `RtcEngine` object and uses the object to create and join a channel for screen sharing.

https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

| simultaneously displaying said locally generated image and said image received from said remote video source at said video output device, wherein said at least some information | The accused instrumentality discloses simultaneously displaying said locally generated image (e.g., a video presentation layout including combined video feeds of the host and participants) and said image received from said remote video source (e.g., a shared screen received by the host during the meeting) at said video output device (e.g., display of the host device), wherein said at least some information content (e.g., information such as the names of the host and participants, etc.) of said locally generated image (e.g., a video presentation layout including combined video feeds of the host and participants) is displayed.

As shown below, the accused instrumentality provides a video calling API that allows users to host meetings. It allows the host to create an instant meeting and share the meeting link with |

| | |
|---|---|
| content of said locally generated image is displayed; and | participants. When a participant wants to join the meeting using the link, the accused instrumentality processes the participant's information such as name, video, etc. to allow the participant to join the meeting. Once the participant joins the meeting, the accused instrumentality displays video feeds of the host and participants on the host device. Also, when a participant shares their screen during the meeting, the accused instrumentality receives and displays this shared screen alongside the video feeds of the host and participants simultaneously on the host device. |

**Display the local video**

Call `setupLocalVideo` to initialize the local view and set the local video display properties.

Java    Kotlin

```java
private void setupLocalVideo() {
    FrameLayout container = findViewById(R.id.local_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    container.addView(surfaceView);
    mRtcEngine?.setupLocalVideo(VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, 0))
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video



https://docs.agora.io/en/video-calling/get-started/get-started-sdk?
platform=android#display-the-local-video



https://www.agora.io/en/products/video-call/



https://www.agora.io/en/

1. **Media Service:** We will create a separate service for handling local media stream-related data. This includes managing the camera video stream, microphone audio stream, and screen share video stream.

2. **Meeting Service:** A singleton meeting service object will be used to maintain the meeting data. This service will subscribe to the `meeting-participants` pub-sub channel and implement callback methods to handle any events on the channel.

https://levelup.gitconnected.com/from-design-to-demo-building-a-full-stack-video-conferencing-platform-like-zoom-microsoft-teams-761ec676d237

As shown below, the accused instrumentality displays information such as the names of the host and participants alongside their video feeds (e.g., some information content of said locally generated image).



https://www.agora.io/en/products/video-call/



https://www.agora.io/en/products/video-call/

# Screen sharing

During Video Calling sessions, hosts use the screen sharing feature in the Agora Video SDK to share their screen content with other users or viewers in the form of a video stream. Screen sharing is typically used in the following use-cases:

| Use-case | Description |
|---|---|
| Online education | Teachers share their slides, software, or other teaching materials with students for classroom demonstrations. |
| Game live broadcast | Hosts share their game footage with the audience. |
| Interactive live broadcast | Anchors share their screens and interact with the audience. |
| Video conferencing | Meeting participants share the screen to show a presentation or documents. |
| Remote control | A controlled terminal displays its desktop on the master terminal. |

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android

## Understand the tech

The screen sharing feature provides the following screen sharing modes for use in various use-cases:

▶ Screen sharing use-cases

- **Share the entire screen**: Share your entire screen, including all the information on the screen. This feature supports collecting and sharing information from two screens at the same time.
- **Share an app window**: If you don't want to share the entire screen with other users, you can share only the area within an app window.
- **Share a designated screen area**: If you only want to share a portion of the screen or app window, you can set a sharing area when starting screen sharing.

https://docs.agora.io/en/video-calling/advanced-features/screen-sharing?platform=android



https://docs.agora.io/en/assets/images/screen-sharing-functionality-eab5bf09ae5fdd740e810bd0115990b6.png

## Data transfer

The following diagram shows how data is transferred during screen sharing on Android:



https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

As shown below, when a participant shares their screen during the meeting, the accused instrumentality receives and displays this shared screen alongside the video feeds of the host and participants simultaneously on the host device (e.g., simultaneously displaying said locally generated image and said image received from said remote video source).

You need to create separate processes for screen sharing and video captured by the local camera. Both processes use the following methods to send video data to the SDK:

- Local-camera process: Implemented with `joinChannel`. This process is often the main process and communicates with the screen sharing process via AIDL (Android Interface Definition Language). See **Android documentation** to learn more about AIDL.
- Screen sharing process: Implemented with `MediaProjection`, `VirtualDisplay`, and custom video capture. The screen sharing process creates an `RtcEngine` object and uses the object to create and join a channel for screen sharing.

https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android



https://docs.agora.io/en/3.x/video-calling/basic-features/screensharing?platform=android

| outputting said audio at said video apparatus before ceasing to display said locally generated video image. | The accused instrumentality discloses outputting said audio (e.g., participant voice audio transmitted during the meeting) at said video apparatus (e.g., host device running the accused instrumentality) before ceasing to display said locally generated video image (e.g., video presentation layout including the combined video feeds of the host and participants displayed on the host device).<br><br>As shown below, the accused instrumentality provides a video calling API that allows users to host meetings where participants exchange audio and video streams in real time. During the meeting, the client device receives remote audio streams through the audio receiving module of the accused instrumentality and outputs these audio streams through the device's audio playback hardware (e.g., speaker, earpiece, or connected headphones) while the video presentation remains displayed on the device display. |

Further, in the accused instrumentality, audio and video streams run concurrently throughout the video call session. From the moment a participant joins the meeting channel until the participant leaves the session, the accused instrumentality continuously outputs audio streams while displaying the video presentation on the host device. Accordingly, the accused instrumentality outputs said audio at said video apparatus before ceasing to display said locally generated video image.

### Publish

Publishing is the act of sending a user's audio or video data to the channel. Usually, the published stream is created by the audio data sampled from a microphone or the video data captured by a camera. You can also publish media streams from other sources, such as an online music file or the user's screen.

After successfully publishing a stream, the SDK uses it to send media data to other users in the channel. Users communicate with each other in real-time by publishing local streams and subscribing to remote streams.

### Subscribe

Subscribing is the act of receiving media streams published by remote users to the channel. A user receives audio and video data from other users by subscribing to one or more of their streams. You either directly play the subscribed streams or process incoming data for other purposes such as recording or capturing screenshots.

### User ID

In Video Calling, the UID is an integer value that uniquely identifies a user within the context of a channel. When joining a channel, you have the option to either assign a specific UID to the user or pass 0 or null and allow Agora to automatically generate and assign a UID to the user. If two users attempt to join the same channel with the same UID, it can lead to unexpected behavior.

The UID is used by Agora's services and components to identify and manage users within a channel. Ensure that UIDs are properly assigned to prevent conflicts.

https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

Agora relies on the following fundamental concepts to enable seamless real-time communication:

## Audio module

In audio interaction, the main functions of the audio module are as shown in the figure below:



https://docs.agora.io/en/video-calling/overview/core-concepts?platform=android

## Adjust the playback volume

**Playback** is the process of playing the received audio signal on the local playback device. To adjust the playback volume, you can **set the volume of the audio signal**.



https://docs.agora.io/en/3.x/video-calling/basic-features/adjust-volume?platform=android

**Display the local video**

Call `setupLocalVideo` to initialize the local view and set the local video display properties.

Java    Kotlin

```java
private void setupLocalVideo() {
    FrameLayout container = findViewById(R.id.local_video_view_container);
    SurfaceView surfaceView = new SurfaceView(getBaseContext());
    container.addView(surfaceView);
    mRtcEngine?.setupLocalVideo(VideoCanvas(surfaceView, VideoCanvas.RENDER_MODE_FIT, 0))
}
```

https://docs.agora.io/en/video-calling/get-started/get-started-sdk?platform=android#display-the-local-video



https://www.agora.io/en/products/video-call/